# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| BENJAMIN ESPINOSA, | Case No. 3:25-CV-00355-MMD-CLB |
| Plaintiff, | **ORDER** |
| v. | [ECF Nos. 2, 3] |
| DAVIS, *et al.*, | |
| Defendants. | |

*Pro se* Plaintiff Benjamin Espinosa, ("Espinosa") who is incarcerated in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a civil rights complaint under 42 U.S.C. § 1983, (ECF No. 8), a motion for temporary restraining order, (ECF No. 2), and a motion for preliminary injunction, (ECF No. 3). The Court screened Espinosa's civil rights complaint under 28 U.S.C. § 1915A and allowed him to proceed on claims under the Eighth Amendment and Article 1, Section 6 of the Nevada Constitution against several Defendants. (*See* ECF No. 10.) The Court also noted that the two motions for TRO and PI would be addressed in a separate order. (*Id.* at 8.)

Espinosa seeks a Court order directing Northern Nevada Correctional Center ("NNCC") officials "to turn on the swamp coolers at NNCC and ensure the units are [at] appropriate temp[eratures]." (ECF Nos. 2 at 4-5, 3 at 3-5.) He further requests the Court order NNCC officials to conduct daily temperature checks and to permit inmates to open their own windows to permit airflow in the cells. (ECF Nos. 2 at 5, 3 at 5.)

Accordingly, **IT IS ORDERED** that the NDOC shall respond to the motions, (ECF Nos. 2, 3), by no later than **August 4, 2025**. Espinosa will have 7 days after service of a response to file his reply.

**IT IS FURTHER ORDERED** that the 90-day stay remains in place, and until the Court lifts the stay, <u>no other pleadings or papers may be filed in this case</u>, and the parties may not engage in any discovery, nor are the parties required to respond to any paper

1 | filed in violation of the stay unless specifically ordered by the Court to do so.

2 | **IT IS SO ORDERED.**

3 | **DATED**: July 21, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**