**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

BENJAMIN ESPINOSA,

                    Plaintiff,

    v.

DAVIS, *et al.*,

                  Defendants.

Case No. 3:25-cv-00355-MMD-CLB

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY**

[ECF No. 36]

Before the Court is Plaintiff Benjamin Espinosa's ("Espinosa") filing titled "Plaintiff's Motion to Suppliment Doe ("Name") Defendant." (ECF No. 36.) Espinosa requests the Court allow him to substitute the name of the Defendant currently identified as "Jane/John Doe I." (ECF No. 11.) Espinosa represents that he recently discovered that this Defendant is an individual named "Will Long." (*Id.*)

The Court construes this motion as a motion to amend pursuant to Fed. R. Civ. P. 15(a)(2). The rule allows a party to amend its pleading with the Court's leave, which shall be given freely as justice so requires. (*Id.*) However, no opposition was filed against this motion, and pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore, the Court grants Espinosa's motion to amend, (ECF No. 36.) as unopposed.

**IT IS THEREFORE ORDERED** that the first amended complaint shall be deemed amended to reflect the following: "Will Long" shall be amended and substituted for Defendant "Jane/John Doe I".

**IT IS FURTHER ORDERED** that within 21 days of the date of entry of this order, the Attorney General's Office shall file notice advising the Court and Espinosa of whether it can or cannot accept service on behalf of Defendant Will Long ("Long"). If the Attorney General's Office cannot accept service on behalf of Long, the Office shall file, under seal,

but shall not serve on Espinosa the last known address of Long, if it has such information. If the last known address of Long is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address. If service cannot be accepted for Long, Espinosa shall file a motion requesting issuance of a summons, specifying a full name and address for Long.

**IT IS FURTHER ORDERED** that Defendant Will Long shall be added to the docket as a defendant in this action.

**IT IS SO ORDERED.**

**DATED**:  __June 4, 2026__  .

_____
**UNITED STATES MAGISTRATE JUDGE**

2