**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| BENJAMIN ESPINOSA,<br><br>Plaintiff,<br><br>v.<br><br>DAVIS, *et al.*,<br><br>Defendants. | Case No. 3:25-CV-00355-CLB<br><br>**ORDER GRANTING MOTION TO AMEND COMPLAINT**<br><br>[ECF No. 38] |

Plaintiff Benjamin Espinosa ("Espinosa") previously filed a First Amended Complaint ("FAC") listing five Doe Defendants. (ECF No. 27.) Through discovery Espinosa learned the identities of these defendants and now seeks leave to amend his FAC to add them as parties to this case. (ECF No. 38.) Before addressing Espinosa's motion, however, the Court must first address its earlier order permitting Espinosa to add Will Long ("Long") as a defendant. (ECF No. 37.)

I.    **DISCUSSION**

  **1.    Defendant Long**

On June 4, 2026, the Court added Long as a defendant to this case and ordered the Attorney General's Office to file a notice stating whether or not they would accept service on Long's behalf. (ECF No. 37.) If they declined to accept service on Long's behalf, the Court further ordered the Attorney General's Office to file Long's last known address under seal. (*Id.*) On June 25, 2026, the Attorney General's Office filed a notice stating they would not accept service on Long's behalf and would file his last known address "contemporaneously under seal." (ECF No. 39.) To date, however, no last known address has been filed. Accordingly, the Court orders the Attorney General's Office to file Long's last known address under seal on or before July 8, 2026.

///

///

### 2.    Remaining Doe Defendants

The Court will now address Espinosa's instant motion to amend. Espinosa seeks to add the following five defendants: (1) William Long (HVAC Specialist); (2) Jon Bush (Facility Supervisor); (3) Travis Fratis (Correctional Sergeant); (4) Kevin McDonald (Compliance Investigator); and (5) Henrietta Peters (Supervisory Compliance Investigator). (ECF No. 38 at 3.) As just discussed, the Court already permitted Long to be added as a Defendant so the Court will not address him further. As to the remaining names, Defendants did not file a response to Espinosa's motion, which "constitutes a consent to the granting of the motion." LR 7-2(d). Accordingly, Espinosa's motion to amend is granted as unopposed.

## II.    CONCLUSION

**IT IS THEREFORE ORDERED** that the Attorney General's Office shall **FILE** Defendant Will Long's last known address under seal on or before **Wednesday, July 8, 2026**.

**IT IS FURTHER ORDERED** that Espinosa's motion to amend his FAC, (ECF No. 38), is **GRANTED**.

**IT IS FURTHER ORDERED** that Espinosa's FAC, (ECF No. 27), is deemed amended to reflect the following: Jon Bush, Travis Fratis, Kevin McDonald, and Henrietta Peters are substituted in lieu of Jane/John Does II-V, respectively. The Clerk is directed to add these names to the docket as defendants in this action.

**IT IS FURTHER ORDERED** that on or before **Wednesday, July 22, 2026**, the Attorney General's Office shall file a notice advising the Court and Espinosa of whether it will accept service on behalf of: (1) Jon Bush; (2) Travis Fratis; (3) Kevin McDonald; and (4) Henrietta Peters. If the Attorney General's Office cannot accept service on behalf of any of these defendants, they shall file, under seal, but shall not serve on Espinosa, the last known address of said defendants, if it has such information. If the last known address is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address.

**IT IS FURTHER ORDERED** that if the Attorney General's Office declines to accept service on behalf of any defendant, Espinosa shall file a motion requesting issuance of a summons and to have the U.S. Marshals serve said defendant(s) on his behalf.

**IT IS FURTHER ORDERED** that if the Attorney General's Office accepts service on behalf of any defendant(s), they must file an answer or other response on their behalf on or before **Monday, August 31, 2026**.

**DATED**: _June 30, 2026_ .

_____
**UNITED STATES MAGISTRATE JUDGE**

3