**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

BENJAMIN ESPINOSA,

Plaintiff,

v.

GEORGE DAVIS, *et al.*,

Defendants.

Case No. 3:25-CV-00355-CLB

**ORDER GRANTING IN PART PLAINTIFF'S MOTION REQUESTING SERVICE BY U.S. MARSHALS**

[ECF Nos. 46, 47]

Currently pending before the Court is Plaintiff Benjamin Espinosa's ("Espinosa") motion to have the U.S. Marshals Service effectuate service of process on Defendants Jon Bush ("Bush"), Travis Fratis ("Fratis"), Kevin McDonald ("McDonald"), William Long ("Long"), and Henrietta Peters ("Peters").[1] (ECF No. 46 at 2.) Previously, the Attorney General's Office filed a notice indicating they would accept service on behalf of Bush, Fratis, and McDonald. (ECF No. 45.) However, they declined to accept service on behalf of Long and Peters. (ECF Nos. 39, 45.) Thus, Long and Peters are the only two defendants still needing to be served.

As to Long, the Attorney General's Office filed his last known address under seal. (ECF No. 41.) The Court therefore grants Espinosa's motion as to Long. However, as to Peters, the Attorney General's Office stated they were unable to locate her last known address. (ECF No. 45.) The Court therefore cannot order service as to Peters. However, the Court will order the Attorney General's Office to conduct another search for Peters' last known address. If that search proves unsuccessful, though, Espinosa will be responsible for discovering and providing Peters' last known address before the U.S.

[1] Espinosa filed a duplicate of the instant motion. (*See* ECF No. 47.) This Court's General Order 2021-05(3)(f) expressly prohibits parties from filing duplicative motions and states motions filed in violation of this prohibition "may be struck or summarily denied." Accordingly, the Court denies Espinosa's duplicative motion as moot and for violating General Order 05-2021.

Marshals can attempt service on her.

**IT IS THEREFORE ORDERED** that Espinosa's motion to request service by the U.S. Marshals, (ECF No. 46), is **GRANTED IN PART**. The Court **ORDERS** the U.S. Marshals Service to serve **Defendant William Long** on Espinosa's behalf. The Clerk shall **ISSUE** a summons for Long and send the same to the U.S. Marshals Service with the address provided under seal. (*See* ECF No. 41.) The Clerk shall also **SEND** sufficient copies of the First Amended Complaint, (ECF No. 27), and this order to the U.S. Marshals Service for service on Long. The Court will separately provide a completed USM 285 form to the U.S. Marshals Service.

**IT IS FURTHER ORDERED** that the Attorney General's Office shall conduct another **SEARCH** for Peters' last known address. On or before **Thursday, August 27, 2026**, the Attorney General's Office shall **FILE** either: (1) Peters' last known address under seal; or, if the search is unsuccessful, (2) an explanation of what steps were taken to try and find Peters' last known address.

**IT IS FURTHER ORDERED** that Espinosa's second motion to request service by the U.S. Marshals Service is **DENIED** as moot, and as being filed in violation of General Order 2021-05.

**DATED**: July 28, 2026

**UNITED STATES MAGISTRATE JUDGE**