**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| BENJAMIN ESPINOSA,<br>Plaintiff,<br>v.<br>GEORGE DAVIS, *et al.*,<br>Defendants. | Case No. 3:25-CV-00355-CLB<br>**ORDER DENYING PLAINTIFF'S MOTION FOR ATTORNEY GENERAL'S OFFICE TO PROVIDE IDENTIFIERS**<br>[ECF No. 52] |

Currently pending before the Court is Plaintiff Benjamin Espinosa's ("Espinosa") motion for an order directing the Attorney General's Office to provide additional identifiers for Defendant William Long ("Long") under seal so that he may be properly served. (ECF No. 52.) The Court previously ordered the U.S. Marshals to serve Long on Espinosa's behalf. (ECF No. 48.) However, when the deputy attempted to serve Long there were four different people who allegedly had the name Long living at that address, and he was unable to discern which Long was the defendant. (ECF No. 51.) The deputy therefore returned the summons as unexecuted. (*Id.*) Espinosa now seeks an order directing the Attorney General's Office to file the last four numbers of Long's social security number so he may be properly identified and served. (ECF No. 52.)

Rather than grant Espinosa's request, the Court will order the U.S. Marshals to reattempt service. Although personal service is an acceptable method of service of process, it is not the only acceptable method. Federal Rule of Civil Procedure 5(b)(2)(B)(ii) provides that service may be effectuated by leaving the process "at the person's dwelling or usual place of abode with someone of suitable age and discretion who resides there." Thus, it is not necessary for the deputy to hand deliver the process to Long himself, he may leave it with someone of suitable age that lives with Long.

///

///

**IT IS THEREFORE ORDERED** that Espinosa's motion for an order directing the Attorney General's Office to file the last four numbers of Long's social security number under seal, (ECF No. 52), is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the U.S. Marshals shall **REATTEMPT SERVICE** on **DEFENDANT WILLIAM LONG**. The Clerk shall **SEND** sufficient copies of the summons, (ECF No. 49), the First Amended Complaint, (ECF No. 27), and this order to the U.S. Marshals Service for service on Long. The Court will separately provide a completed USM 285 form to the U.S. Marshals for service.

**DATED**: August 27, 2026

**UNITED STATES MAGISTRATE JUDGE**