# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BENJAMIN ESPINOSA,<br>Plaintiff,<br>v.<br>GEORGE DAVIS, *et al.*,<br>Defendants. | Case No. 3:25-CV-00355-CLB<br>**ORDER DIRECTING SERVICE OF PROCESS ON DEFENDANT LONG**<br>[ECF No. 52] |

On September 3, 2026, summons for Defendant William Long ("Long") was returned as unexecuted. (ECF No. 54.) The Court previously ordered that the U.S. Marshals service to serve Long on Plaintiff Benjamin Espinosa's behalf, however, those attempts were also unsuccessful. (ECF Nos. 48, 51.)

The Court will now again order the U.S. Marshals to reattempt service of Long. The U.S. Marshals are directed to reattempt service on different days of the week and at different times during the day. *See Silverberg v. Bonomo*, No. 2:25-CV-01314-APG-EJY, 2026 WL 165817, at *3 (D. Nev. Jan. 20, 2026) (finding that Plaintiff had demonstrated due diligence in her attempts to locate and serve Defendants where the record reflected "numerous attempts to serve each Defendant on different days of the week and at different times."). The U.S. Marshals may also effectuate service by leaving the process "at the person's dwelling or usual place of abode with someone of suitable age and discretion who resides there." Fed R. Civ. P. 5(b)(2)(B)(ii). Thus, it is also not necessary for the deputy to hand deliver the process to Long himself, he may leave it with someone of suitable age that lives with Long.

**IT IS THEREFORE ORDERED** that the U.S. Marshals shall **REATTEMPT SERVICE** on **DEFENDANT WILLIAM LONG**.

**IT IS FURTHER ORDERED** that the Clerk shall **SEND** sufficient copies of the summons, (ECF No. 49), the First Amended Complaint, (ECF No. 27), and this order to

the U.S. Marshals Service for service on Long. The Court will separately provide a completed USM 285 form to the U.S. Marshals for service.

**DATED**: September 4, 2026.

**UNITED STATES MAGISTRATE JUDGE**