UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

BENJAMIN ESPINOSA,

Plaintiff,

v.

GEORGE DAVIS, *et al.*,

Defendants.

Case No. 3:25-CV-00355-CLB

**ORDER DENYING MOTION TO EXTRAPOLATE LOOPHOLE IN STATE STATUTE**

[ECF No. 63]

Currently pending before the Court is Plaintiff Benjamin Espinosa's "motion to extrapolate loophole in state statute." (ECF No. 63.) In this motion, Plaintiff lists various complaints related to issues surrounding the service of Defendant William Long. (*Id.*) Plaintiff takes issue with a state statute defining the Nevada Attorney General's ("NV AG") role in representing current and former state employees, claims there are issues with the calculations of the costs to taxpayers for the service attempts, and demands a "Vaughn index" for these calculations. (*Id.*)

The Court finds that this motion is improper for several reasons. First, and foremost, while service of Defendant Williams Long did take several attempts and could have been handled better, Long was served. (ECF No. 61.) Accordingly, there is nothing more for the Court to order as it relates to Long's service. While the Court understands Plaintiffs frustrations and largely agrees with Plaintiff's complaints related to Long's service, these issues are now moot. To the extent Plaintiff disagrees with the state statute related to the NV AG's representation of current or former employees, these issues are not a part of the <u>claims</u> that are proceeding in this action which relate to the conditions of Plaintiff's confinement. *Chafin v. Chafin*, 568 U.S. 165, 172 (2013) ("Federal courts may not 'decide questions that cannot affect the rights of litigants *in the case before them*[.]' ") (citations omitted, emphasis added). Finally, Plaintiff's complaints about the cost of the service and demanding an accounting of these fees are also improper. Plaintiff was granted *in forma pauperis* status and did not pay any fees for the service of Long.

For all these reasons, Plaintiff's motion, (ECF No. 63), is **DENIED**.

**IT IS SO ORDERED.**

**DATED**: October 6, 2026.

**UNITED STATES MAGISTRATE JUDGE**