**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

BENJAMIN ESPINOSA,

Plaintiff,

v.

GEORGE DAVIS, *et al.*,

Defendants.

Case No. 3:25-CV-00355-CLB

**ORDER GRANTING MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT**

[ECF No. 68]

Before the Court is Plaintiff Benjamin Espinosa's ("Espinosa") motion for leave to file a third amended complaint ("TAC"). (ECF No. 68.) In the motion, Espinosa seeks only to add two additional defendants to this case that he asserts were involved in the conduct that led to this lawsuit, specifically: (1) Sergeant Herzog; and (2) Sergeant Kleymann. Defendants did not file a response to Espinosa's motion, which "constitutes a consent to the granting of the motion." LR 7-2(d). Accordingly,

**IT IS THEREFORE ORDERED** that Espinosa's motion for leave to file a TAC, (ECF No. 68), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk **SHALL FILE** the third amended complaint, (ECF No. 68 at pages 3-13), on the docket as it is now the operative complaint in this action.

**IT IS FURTHER ORDERED** that on or before **Wednesday, November 25, 2026**, the Attorney General's Office shall file a notice advising the Court and Espinosa of whether it will accept service on behalf of: (1) Sergeant Herzog; and (2) Sergeant Kleymann. If the Attorney General's Office cannot accept service on behalf of any of these defendants, it shall file, under seal, but shall not serve on Espinosa, the last known address of said defendants, if it has such information. If the last known address is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address.

**IT IS FURTHER ORDERED** that if the Attorney General's Office declines to accept service on behalf of any defendant, Espinosa shall file a motion requesting issuance of a summons and to have the U.S. Marshals serve said defendant(s) on his behalf.

**IT IS FURTHER ORDERED** that if the Attorney General's Office accepts service on behalf of any defendant(s), it must file an answer or other response on their behalf on or before **Monday, January 4, 2027**.

**DATED**: November 4, 2026.

**UNITED STATES MAGISTRATE JUDGE**