**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| BENJAMIN ESPINOSA,<br>Plaintiff,<br>v.<br>GEORGE DAVIS, *et al.*,<br>Defendants. | Case No. 3:25-CV-00355-CLB<br>**ORDER**<br>[ECF No. 71] |

On November 10, 2026, Plaintiff Benjamin Espinosa ("Espinosa") filed a notice of voluntary dismissal. (ECF No. 71.) Espinosa explains he is voluntarily dismissing Claim 1, which alleges state law claims, from his Third Amended Complaint ("TAC"), (ECF No. 70), and seeks to proceed only on Claim 2, which alleges a claim under the Eighth Amendment. (ECF No. 71.) Pursuant to Rule 41(a)(1), "[a] voluntary dismissal by a plaintiff under this subsection automatically terminates the action upon the filing of the dismissal with the clerk." *Swedberg v. Marotzke*, 339 F.3d 1139, 1142 (9th Cir. 2003) (quoting *Hamilton v. Shearson–Lehman American Express, Inc.,* 813 F.2d 1532 (9th Cir. 1987)). Therefore, Claim 1 is dismissed from the TAC and this case will proceed only as to Claim 2, alleging violation of the Eighth Amendment.

**IT IS SO ORDERED**.

**DATED**: November 12, 2026.

UNITED STATES MAGISTRATE JUDGE